EDWARD FLOWERS, JR., PETITIONER-PETITIONER, v. ROYAL PLATING AND POLISHING, INC., RESPONDENT-RESPONDENT.

*Mr. Sam Freeman* and *Mr. Samuel E. Bass* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

May 13, 1963. Denied.

ROSLYN HARRIS, CLAIMANT-PETITIONER, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, DE-PARTMENT OF LABOR AND INDUSTRY, STATE OF NEW JERSEY AND PICATINNY ARSENAL, RESPOND-ENT.

*Mr. Robert C. Gruhin* for the petitioner.

*Mr. Edward A. Kaplan* for the respondent.

May 13, 1963. Denied.